District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EZINAH NYANCHAMA NYANCHWANI,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01041-BJR<br><br>STIPULATED MOTION TO DISMISS AND ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiff brought this litigation pursuant to the Administrative Procedure Act, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate her asylum application. USCIS has adjudicated the application, and this case is now moot.

//
//
//
//
//

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01041-BJR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1    DATED this 25th day of September, 2024.

2  Respectfully submitted,

3  TESSA M. GORMAN                              LAW OFFICES OF BART KLEIN
   United States Attorney

4
   *s/ Michelle R. Lambert*                      *s/ Bart Klein*
5  MICHELLE R. LAMBERT, NYS #4666657            BART KLEIN, WSBA #10909
   Assistant United States Attorney              605 First Avenue South, Suite 500
6  United States Attorney's Office               Seattle, WA 98104
   Western District of Washington                Phone: (206) 624-3787
7  1201 Pacific Avenue, Suite 700                Fax:   (206) 238-9975
   Tacoma, Washington 98402                      Email: Bart.Klein@bartklein.com
8  Phone: (253) 428-3824
   Fax:   (253) 428-3826                         *Attorney for Plaintiff*
9  Email: michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*

11 *I certify that this memorandum contains 63
   words, in compliance with the Local Civil
12 Rules.*

13

14

15

16

17

18

19

20

21

22

23

24

**ORDER**

The case is dismissed without prejudice.  It is so **ORDERED.**

DATED this 26th day of September, 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATED MOTION TO DISMISS
[Case No. 2:24-cv-01041-BJR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800